BRODSKY MICKLOW BULL & WEISS LLP
Kurt Micklow, SBN 113974
Edward M. Bull III, SBN 141996
384 Embarcadero West, Suite 200
Oakland, California, 94607-3704
Telephone:  (510) 268-6180
Facsimile:   (510) 268-6181

Attorneys for Plaintiff
ROBERT KEMPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KEMPER )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>BAYSIDE BOATWORKS, INC., and )<br>DOES 1 through 20, inclusive, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 3:10-cv-00242-MEJ<br><br>**STATUS REPORT AND REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff has not yet served defendant BAYSIDE BOATWORKS, INC. Plaintiff, through his separate workman's compensation counsel, is attempting to negotiate a global settlement of this action (and the companion compensation claim), and if successful, would result in the dismissal of this action.  The deadline for service of the complaint is May 18, 2010, and thus a responsive pleading would be due no later than June 7, 2010.  However, according to the Court's Scheduling Order dated January 19, 2010, an Initial Case Management conference is set for April 29, 2010.

In order to allow the defendant to be served and to appear, and for the parties to

1

1  complete the current settlement discussions, Plaintiff respectfully requests that the
2  Court continue the Initial Case Management Conference and related dates until a date
3  after June 7, 2010.
4      Respectfully submitted.
5
6  DATED: April 27, 2010    BRODSKY MICKLOW BULL & WEISS LLP
7
8
9      By:   /S/ Edward M. Bull III
        Kurt Micklow
        Edward M. Bull III
10
11      Attorneys for Plaintiff
    ROBERT KEMPER
12
13  The CMC is hereby CONTINUED to June 17, 2010.  All deadlines are adjusted accordingly.
14  Dated: April 27, 2010
15
16
17
18
19  
20
21
22
23
24
25
26
27
28

2
**STATUS REPORT AND REQUEST FOR CONTINUANCE**
**OF INITIAL CASE MANAGEMENT CONFERENCE**    CASE NO. 3:10-cv-00242-MEJ