**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
BAYSIDE BOATWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(E-Filing)

| | |
|---|---|
| ROBERT C. KEMPER, | Case No.: C 10-0242MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 17, 2010** |
| BAYSIDE BOATWORKS, INC., | |
| Defendant. | |

**STIPULATION AND REQUEST**

The parties to this action, by and through their attorneys of record, hereby respectfully request and submit that ***good cause*** exists to continue the Case Management Conference currently scheduled for June 17, 2010, by approximately sixty-days to a date convenient to the Court's calendar the week of August 16, 2010, in the interests of judicial economy.

The parties to this action, their counsel, counsel for Defendant in a related California State Workers' Compensation Action, counsel for Plaintiff in a related U.S. Longshore and Harborworkers' Compensation Action, and perhaps one additional entity (whom is not yet a party to any of the actions, but may become one) are attempting to schedule a mediation for all parties and counsel to participate in over the next forty-five days. At the anticipated mediation, the parties will attempt to reach a global settlement of all actions, including the

-1-   Case No.:C 10-0242 MEJ
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

BAY.Kemper/2733/

one currently pending before this Court. If the parties are successful a global settlement would result in a dismissal of this action with no further proceedings in this Court.

The parties therefore submit that ***good cause*** exists to continue the Case Management Conference scheduled for June 17, 2010 for approximately sixty-days to allow the parties to schedule and participate in a mediation in attempt to reach a resolution of this action and the companion workers' compensation cases.

Dated: June 8, 2010　　　　　　　　　　BRODSKY MICKLOW BULL & WEISS LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff ROBERT KEMPER

By: ____/S/ Edward M. Bull III_____
　　　　Edward M. Bull III

Dated: June 8, 2010　　　　　　　　　　COX, WOOTTON, GRIFFIN,
　　　　　　　　　　　　　　　　　　　　HANSEN & POULOS, LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　BAYSIDE BOATWORKS, INC.

By: ____/S/ Marc T. Cefalu_____
　　　　Marc T. Cefalu

### [~~PROPOSED~~] ORDER

BASED UPON THE STIPULATION OF THE PARTIES, IT IS ORDERED THAT the Case Management Conference Currently scheduled for June 17, 2010, is hereby continued to _____September 2_____, 2010.

Dated: June __8__, 2010　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Magistrate Maria-Elena James

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

BAY.Kemper/2733/

-2-　　　　　　　　　　　　　　　　　　Case No.:C 10-0242 MEJ
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**