UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT KEMPER, | No. C 10-0242 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| BAYSIDE BOATWORKS, | |
| Defendant. | |
| _____/ | |

This matter is currently scheduled for a case management conference on November 18, 2010. However, as the parties have failed to file a joint statement, the Court hereby VACATES the c.m.c. The parties shall file a joint status report by November 29, 2010.

**IT IS SO ORDERED.**

Dated: November 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge