1 | **COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
2 | Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
3 | 190 The Embarcadero
San Francisco, CA 94105
4 | Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
5
6 | Attorneys for Defendant
BAYSIDE BOATWORKS, INC.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(E-Filing)

| ROBERT C. KEMPER, | ) | Case No.: C 10-0242CW |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED]** ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)6 OR ALTERNATIVELY TO STAY THE ACTION |
| v. | ) | |
| BAYSIDE BOATWORKS, INC., | ) | |
| Defendant. | ) | Date:   June 30, 2011
Time:   2:00 p.m.
Judge:  Hon. Claudia Wilken
Place:  Courtroom 2 - 4th Floor, 1301 Clay Street, Oakland, CA 94612 |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERD THAT,** Defendant Bayside Boatworks, Inc., is continuing the hearing on its motion to dismiss or stay to June 30, 2011 at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 1301 Clay Street, Courtroom 2-4th Floor, Oakland, CA 94612.

Dated:__5/13/2011_____

By: _____
The Honorable Claudia Wilken
U.S. District Court Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

BAY.Kemper/2733

-1-                                                                                    Case No.:C 10-0242 CW
[PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)6 …