COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(E-Filing)

| | |
|---|---|
| ROBERT C. KEMPER,<br><br>    Plaintiff,<br><br>v.<br><br>BAYSIDE BOATWORKS, INC.,<br><br>    Defendant. | Case No.: C 10-0242CW<br><br>**ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12 (b)6 OR ALTERNATIVELY TO STAY THE ACTION**<br>Date:  July 14, 2011<br>Time:  2:00 p.m.<br>Judge: Hon. Claudia Wilken<br>Place:  **Courtroom 2 - 4th Floor, 1301 Clay Street, Oakland, CA 94612** |

**GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERD THAT,** the hearing on Defendant Bayside Boatworks, Inc.'s, motion to dismiss or stay and the case management conference are continued to July 14, 2011 at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 1301 Clay street, Courroom 2-4th Floor, Oakland, CA 94612

Dated:____6/10/2011____    By: /s/ Claudia Wilken
                                                        The Honorable Claudia Wilken
                                                        U.S. District Court Judge

BAY.Kemper/2733

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

BAY.Kemper/2733

-2-                                                                                                                                     Case No.:C 10-0242 CW
STIPULATED NOTICE OF CONTINUANCE OF HEARING DATE ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)6 …