**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
BAYSIDE BOATWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(E-Filing)

| | |
|---|---|
| ROBERT C. KEMPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAYSIDE BOATWORKS, INC.,<br><br>　　　　　Defendant.<br>_____ | Case No.: C 10-0242CW<br><br>**ORDER WITHDRAWING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)6 OR ALTERNATIVELY TO STAY THE ACTION WITHOUT PREJUDICE AND STAYING THE ACTION PENDING RESOLUTION OF JURISIDICTIONAL ISSUES BEFORE THE U.S. DEPARTMENT OF LABOR** |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT** defendant Bayside Boatworks, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)6 or Alternatively to Stay the Action which is currently scheduled to be heard on July 14, 2011, is hereby withdrawn without prejudice.

**IT IS FURTHER ORDERED THAT** this action is stayed pending resolution of jurisdictional issues to be resolved before the U.S. Department of Labor.  A Further Case Management Conference is to take place on **Tuesday, December 13, 2011, at 2:00 p.m.** to apprise the Court of the status regarding the jurisdictional issues to be addressed by the Department of Labor.

Dated: __6/24/2011_____                By _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

BAY.Kemper/2733

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

-1-                                                                Case No.:C 10-0242 CW

[~~PROPOSED~~] ORDER